

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00025-CR

Guillermo **CAPETILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2017-CRB-000381-D1
Honorable Joe Lopez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED September 30, 2020.

_____
Liza A. Rodriguez, Justice